# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 18, 2015

Ms. Debra Poplin
Eastern District of Tennessee at Knoxville
800 Market Street
Suite 130 Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902-0000

      Re: Case No. 13-5821, *USA v. Jerry Kerley*
          Originating Case No. : 3:10-cr-00169-2

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                              Sincerely yours,

                              s/Michelle M. Davis
                              Case Manager
                              Direct Dial No. 513-564-7025

cc: Mr. Wade V. Davies
    Mr. Francis M. Hamilton III
    Mr. James Russell Stovall

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 13-5821

_____

Filed: June 18, 2015

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JERRY D KERLEY

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 04/23/2015 the mandate for this case hereby issues today.

COSTS:  None